No. 91–1852. McGovern et al. *v.* Town of Yorktown et al. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 91–1853. O'Brien *v.* United States; and
No. 91–8218. Treanor *v.* United States. C. A. 5th Cir. Certiorari denied. Reported below: No. 91–1853, 950 F. 2d 969; No. 91–8218, 950 F. 2d 972.

No. 91–1854. Wallace et al. *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 91–1856. Triple M Drilling Co. et al. *v.* Seider et al. C. A. 5th Cir. Certiorari denied.

No. 91–1857. McBride et ux. *v.* Madigan, Secretary of Agriculture, et al. C. A. 8th Cir. Certiorari denied.

No. 91–1859. Industrial Helicopters, Inc. *v.* Green et al. Sup. Ct. La. Certiorari denied.

No. 91–1860. Mickey *v.* California. Sup. Ct. Cal. Certiorari denied.

No. 91–1861. Caldwell *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 91–1863. Klagiss *v.* Indiana. Ct. App. Ind. Certiorari denied.

No. 91–1864. Loeper et al. *v.* Pennsylvania Legislative Reapportionment Commission. Sup. Ct. Pa. Certiorari denied.

No. 91–1865. Quiroz *v.* Windham et al. C. A. 5th Cir. Certiorari denied.

No. 91–1866. Weiss *v.* Commodity Futures Trading Commission et al. C. A. 11th Cir. Certiorari denied.

No. 91–1867. Spear et al. *v.* Town of West Hartford. C. A. 2d Cir. Certiorari denied.